# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1841

_____

William Frank Marshall,          *
                                   *
          Appellant,         *
                                   *
      v.                         *   Appeal from the United States
                                   *   District Court for the
Don Holloway, Sheriff of Pennington  *   District of South Dakota.
County, South Dakota,            *
                                   *      [UNPUBLISHED]
          Appellee.          *

_____

Submitted: August 1, 2002
Filed: August 14, 2002

_____

Before WOLLMAN, MORRIS SHEPPARD ARNOLD, and MELLOY, Circuit
Judges.

_____

PER CURIAM.

William Marshall appeals from the district court's adverse grant of summary judgment and dismissal without prejudice of his 42 U.S.C. § 1983 claim. The district court determined that Marshall failed to exhaust his administrative remedies as required under 42 U.S.C. § 1997e(a). Because Marshall was not incarcerated or detained when he filed his complaint, we reverse and remand to the district court to consider his case on its merits. See Doe v. Washington County, 150 F.3d 920, 924 (8th Cir. 1998). We decline to affirm the judgment on a basis not considered by the

district court.  <u>See</u> <u>Cavegn v. Twin City Pipe Trades Pension Plan</u>, 223 F.3d 827, 831 (8th Cir. 2000).  We also deny Marshall's pending motion.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.